FILED by **KS** D.C.

Sep 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21- 60259-CR-DIMITROULEAS/SNOW**

CASE NO. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

JOHN WILLSON ROSS

      Defendant
_____/

## INFORMATION

The Acting United States Attorney charges that:

From on or about March 1, 2013, through on or about August 19, 2019, in Broward County, in the Southern District of Florida, the defendant,

**JOHN WILLSON ROSS**

did knowingly and willfully receive, conceal, and retain with intent to convert to his own use and gain money of the United States and of a department and agency thereof, that is the Social Security Administration, the aggregate amount of which exceeded $1,000, that is, Supplemental Security Income disability benefits payable to an individual with the initials J.M., knowing the money to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

1. The allegations in this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendant, **JOHN WILLSON ROSS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. The property subject to forfeiture includes, but is not limited to, a forfeiture money judgment in the sum of $38,218.03 in U.S. currency, which sum represents the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth at Title 21 United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
JUAN ANTONIO GONZÁLEZ
ACTING UNITED STATES ATTORNEY

_____
JODI RAFT
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN WILLSON ROSS

        Defendant.        /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

☐ Miami ☐ Key West ☑ FTL
☐ WPB ☐ FTP

New defendant(s)  ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       ☑
   II   6 to 10 days      ☐
   III  11 to 20 days     ☐
   IV   21 to 60 days     ☐
   V    61 days and over  ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

_Jodi Raft_
Jodi Raft
Special Assistant United States Attorney
FLA Bar No.       0975893

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** John Willson Ross

**Case No:** _____

Count #: 1

Theft of Government Funds

18 United States Code, Section 641

**\* Max. Penalty:** 10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | |
| JOHN WILLSON ROSS ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Carter Hillstrom
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*