# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310   Date: 9/10/2021   Time: 11:00 a.m.

Defendant: John Wilison Ross(S)   J#: _____   Case #: 21-Cr-60259-WPD
AUSA: Jodi Raft   Attorney: Carter Hillstrom, ESQ
Violation: Theft of Government Funds
Proceeding: Initial Appearance-Information   CJA Appt: _____
Bond/PTD Held: ☑ Yes ☐ No   Recommended Bond: PSB
Bond Set at: $40k PSB   Co-signed by: Shannon Pump

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☑ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☑ No contact with victims/witnesses/ co-dfts
- ☐ No firearms
- ☑ Not to encumber property
- ☑ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: SDFL
- ☐ Other: ___

Language: English

Disposition: Defendant present via VTC and verbally consents to proceed via video conference. Defendant advised of Rights and charges.

Reading of ~~Indictment~~ Information Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

* Defense counsel to file waiver of Indictment
* Brady Rule 5F order entered

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___
D.A.R. 12:35:40   Time in Court: 15 mins

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..