UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.21-CR-60259-WPD

UNITED STATES OF AMERICA

v.

JOHN WILLSON ROSS,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court upon the unopposed motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture ("Motion") against Defendant John Willson Ross (the "Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

On September 9, 2021, the United States filed an Information charging the Defendant with Theft of Government Funds in violation of 18 U.S.C. § 641. Information, [DE 1]. The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of 18 U.S.C. § 641 the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to 18 U.S.C. § 981(a)(1)(C). *Id.* at 2.

On October 8, 2021, the Court accepted the Defendant's guilty plea to the Information. Minute Entry, [DE 10]; Plea Agreement ¶ 2, [DE 11]. As part of the guilty plea, the Defendant agreed to forfeit to the United States, voluntarily and immediately, all rights, title and interest to any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of 18 U.S.C. § 641, including a forfeiture money judgment in the amount of $37,749.69

in U.S. currency, which sum represents the value of the property subject to forfeiture. [DE 11 at 5].

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction. Factual Proffer, [DE 12]. The Factual Proffer also provided a basis for the forfeiture of property. *Id.* at 2. The United States Probation Office has since conducted a presentence investigation, which included information on the Defendant's financial condition. *See* Presentence Investigation Report, [DE 14, 15].

As set forth in the Factual Proffer [DE 12] and the Information [DE 1], the Defendant received and accessed Social Security benefits intended for his late partner after he died, from about March 1, 2013, through about August 19, 2019. When Social Security finally received information concerning the death, a total of $38,221.52 in unauthorized benefits had been paid. The U.S. Treasury was able to recover a small amount, but ultimately was unable to recover $37,744.69. [DE 12 at 2].

Based on the record in this case, the total value of the gross proceeds traceable to the offense of conviction is $37,744.69, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $37,744.69 is hereby entered against the Defendant.

2. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this \_\_3\_\_ day of December 2021.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record