# John W. Ross
1812 N.E. 28th Drive
Fort Lauderdale, FL 33306
954-253-0094 (cell)
jrossmedical@gmail.com

**Professional Experience**

| | | |
|---|---|---|
| March 2009 to Present | **J. Ross Medical, L.L.C.** <br> **Distributor** | |

Responsible for MIXTO fractional CO2 laser, NeoGraft Hair Restoration System, NeoGraft is a revolutionary automated hair transplantation device that allows you to perform a hair transplant using the FUE technique, (2010 – February 2013), Dermapen Micro Needling Device, Quanta Lasers, Excimer Laser. Called on Hair Transplant Physician's, dermatologist's, plastic surgeon's and medical spa's. Successfully managed all lines, lead's, demo's and showed superior product performance to close sales.

March 1999 to       **T&L Systems, L.L.C.**
March 2009         **Area Sales Manager**

Responsible for selling Fractional CO2 laser, Water-Assisted Liposuction, Erbium YAG laser, Excimer laser, 980 laser, Radio Frequency device, Microdermabrasion, Ultra-Sound/E-stim and IPL. I managed all aspects of the territory including: R.O.I.'s, sales quota attainment, demo-equipment and accessories, leads, meetings and workshops, laser updates, expenses, requested reports and customer care computer updates. Called on Physicians, PA's, NP's, RN's, Aestheticians and Bio-medical engineers. Cost justification with physicians, office managers, C.F.O's and C.O.O's. Due to the extremely competitive business environment it has required intense effort to gain interest, arrange and execute evaluations, show superior product performance and close the sale.
- Exceeded Quota, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009
- #1 of 3 reps, 2007, 2008, 2009
- Trainer

March 1987 to       **Coherent, Inc.**
March 1999         **Area Sales Manager**

Responsible for selling CO2 lasers and accessories to the Operating Room for ENT, OBGYN, Neuro Surgeons, Urologists, Ophthalmologist and Orthopedic Surgeons.
- Exceeded Quota, 1991, 1992, 1993, 1994, 1995
- #2 of 15 reps, 1991, 1992, 1993, 1994, 1995
- Rolex Watch Club, 1996
- Trip Achievement winner, 1997, 1998

March 1984 to       **Xanar, Inc. (division of Johnson & Johnson)**
March 1987
             **Area Sales Manager**                (03-84 to 03-86)

Sold CO2 lasers to the Operating Room, Dermatologists and Podiatrists offices in Fifteen Mid-Western states.
- Exceeded Quota, 1984, 1985
- Presidents Club Award, 1984, 1985
- Trainer, 1984, 1985

**Product Manager**              (03-86 to 02-87)

Responsible for all CO2 products and accessories as well as telemarketing, marketing programs and sales support. Management duties included strategic planning, forecasting, budgeting, market analysis and competitive analysis. This included supervision over a staff of seven.

April 1983 to   **American Medical Products**
March 1984   **Sales Representative**

I sold dialysis equipment and supplies. I successfully managed and expanded an assigned sales territory of Illinois and Wisconsin. The territory grew from eight home patients to thirty-four under my direction. Called on nephrologists, nurses, administrations, purchasing and social workers.
 - Exceeded Quota, 1983, 1984

August 1982 to   **Bard Parker (Division of Becton Dickinson)**
March 1983   **Sales Representative**

I managed an assigned territory by effectively handling and controlling organization, scheduling, operating costs, travel, entertainment and competition. Part of my responsibilities included training and gaining support of the distributors. Built a strong rapport with my customers and converted six large accounts.

June 1981 to   **American Scientific Products (Division of American Hospital Supply Corp.)**
July 1982   **Sales Representative**

I managed and expanded industrial and educational accounts in a territory with volume in excess of one million dollars. Represented 900 manufacturers and over 90,000 products.

**Education**

**B.A. Michigan State University – June 1981     Communications Arts & Sciences**
Course work emphasis in areas of persuasion, public speaking, marketing, sales and sales management.
Professional Sales Skills III, Sales conferences
Tom Hopkins Sales Seminar "How to Master the Art of Selling Anything".